Patrick D'Angelo Brinson )
Plaintiff )
v. ) Case No. CV415-073
)
Dep. Corey Townsend, et al., )
)

On the 15 Day of April 2015 an order was issued by Magistrate Judge Smith of the Southern District of Georgia Recomending that the Complaint against the Defendants be dismissed.

On May 3rd the Defendant Recived the letter via Jailhouse Staff. I Patrick Brinson Contends this was a manipulated move by the Jail's Staff so that the Defendant would have elasped in time to file a proper Response. The Defendant hereby ask that the Courts look into said matter and at the sametime allow said Response to stand valid in these court proceedings.

The Courts Denied motion to proceed in forma pauperis because of the "Three Strikes" Provision of

28 U.S.C. § 1915 (g).

While it is true that I have filed 3 or more claims (bought forth Action) in the United States. I contend by my mere being incarcinated places me in imminent danger of serious physical injury by the officers of the Chatham County Detention Center as it is common Pratice to Tase inmate(s) without proper cause or provoketion. Further Evidence that it is a common Pratice to occur is the firing of NINE officers for killing an inmate while fully Restrained to a chair. While the Plaintiff don't alledge that any of the officers that was fired was involved in the alligatation bought forth in his complaint, it is clear that the pratices of Excessive use of force is common Pratice for the facility. Futhermore Plaintiff feels as if by filing said complaint he is subjected to even a greater Risk of being harmed as the officers grieved and whom he filed this complaint can and will quite possibly issue a hit on

the inmate. IT also should be Noted that this incident occurred in the same area as the inmate when was killed was located and it is common Practice that such inmate abuse is common and for the Plaintiff quite possibly imminent to occur.

Also it was Pought up that inmate bought up his lawsuit Against Jackson but not Durance. It is true that the3 secured up the Plaintiff only did so because the Suit was dismissed without giving further thought his original complaint and he did not think that it counted since it was overcast the Magistrate Judd. In fact in the amended complaint the Plaintiff seeked to enlighten the culprits of his past Suits and in no way intentionally attempt to he is manipulate the courts.

Plaintiff wish to have his case heard as he is incarcerated and dont have funds to pay for the filing fee.

To S. Heisenbauer

JACKSONVILLE FL 322

11 MAY 2015 PM 5 L

Bank Swallow
FOREVER
USA

Att: Judge B. Avant Edenfield
United States District Court
Southern District of GA Savannah Division
P.O. Box 8286
SAVANNAH GA 31405

31412×8286

YANICE BRANSON
1014 Cowl Griffin
Savannah GA 31405