# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | |
|---|---|
| PATRICK DEANGELO BRINSON,    ) | |
|                          ) | |
|     Plaintiff,            ) | |
|                          ) | |
| v.                      ) | Case No. CV415-073 |
|                          ) | |
|                          ) | |
| DEP. COREY TOWNSEND, *et al.*,    ) | |
|                          ) | |
|     Defendants.        ) | |

## O R D E R

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this ___15th___ day of ___May___, 2015.

_____
J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA